# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SDP Kyrene LLC, | Case No.: 2:22-cv-01824-CDS-BNW |
| Plaintiff | **Order Closing Case** |
| v. | |
| Kyrene Shopping Center LLC, | |
| Defendant | |
| v. | |
| Mitchell D. Stipp, Law Office of Mitchell D. Stipp, P.C., | |
| Third Party Defendants | |

In October 2022, civil miscellaneous case 2:22-mj-00056 became a contested proceeding and was converted to the regular civil docket. ECF No. 1. After reviewing plaintiff SDP Kyrene LLC's emergency motion to compel, United States Magistrate Judge Brenda Weksler determined that it did not constitute an emergency and set it for hearing in December 2022. ECF No. 3. Argument of counsel was heard, and on December 21, 2022, Judge Weksler granted plaintiff's motion from the bench. ECF No. 10. The transcript of the proceeding serves as the written order of the court. *Id.*; ECF No. 11. Because there are no remaining issues in this matter, the Clerk of Court is instructed to close this case.

Dated: January 3, 2025

_____
Cristina D. Silva
United States District Judge